UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL MANLEY,<br><br>              Petitioner,<br><br>vs.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>              Respondent. | No. 2:03-cv-00030-JKS<br><br>FINAL JUDGMENT |

      The Court having entered its memorandum decision of even date herewith disposing of all issues raised in the petition,

      **IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED THAT** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DENIED**.

      **IT IS FURTHER ORDERED THAT** the court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks omitted)).  The petition was filed untimely and all issues raised in the petition were denied by the California Courts on adequate independent state grounds.  To the extent that it is presumed that the state courts ruled on the merits, no reasonable jurist could find their that the decisions were "objectively unreasonable."

      If Petitioner wishes to appeal this adverse decision, he may either request this Court reconsider denial of the grant of a Certificate of Appealability, or directly petition the Ninth Circuit Court of Appeals and seek a Certificate of Appealability from that court. *See* NINTH CIRCUIT RULE 22-1(d).

      Dated at Anchorage, Alaska this 5th day of July, 2007.

                                                              s/ James K. Singleton, Jr.
                                                            JAMES K. SINGLETON, JR.
                                                            United States District Judge